IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BANKER STEEL COMPANY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:10CV00005 |
| HERCULES BOLT COMPANY, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel, wish to advise this Court that a settlement has been reached in the above case. Accordingly, the parties are herein filing this Stipulation of Dismissal With Prejudice pursuant to the Federal Rules of Civil Procedure for the above captioned case.

WHEREUPON, on their stipulation, the Amended Complaint set forth in this action is hereby DISMISSED, with prejudice, with each party to pay its own taxable court costs.

**IT IS SO ORDERED**.

ENTERED this 24th day of August 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1

12572/39/5566447v1

**We ask for the entry of this Order:**

s:/ Spencer M. Wiegard
K. Brett Marston (VSB No. 35900)
Spencer M. Wiegard (VSB No. 68788)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, Suite 800
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Facsimile: (540) 983-9400
Emails: brett_marston@gentrylocke.com
        spencer_wiegard@gentrylocke.com
*Counsel for the Plaintiff,*
*Banker Steel Company, LLC*

Tracy A. Saxe (admitted *pro hac vice*)
Gregory D. Podolak (admitted *pro hac vice*)
SAXE, DOERNBERGER & VITA, P.C.
1952 Whitney Ave.
Hamden, CT 06517
Telephone: (203) 287-2100
Facsimile: (203) 287-8847
Emails: tas@sdvlaw.com
        gdp@sdvlaw.com
*Co-Counsel for the Plaintiff,*
*Banker Steel Company, LLC*

**Seen and Agreed:**

s:/ Melissa H. Katz
John D. McGavin (VSB No. 21794)
Melissa H. Katz (VSB No. 31820)
TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
Email: jmcgavin@tbmhjlaw.com
       mkatz@tbmhjlaw.com
*Counsel for the Defendant*
*Hercules Bolt Company, Inc.*